IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SYMBRIA, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JOHN R. CALLEN, *et al.,* <br><br> *Defendants*. | Case No. 20-cv-4084 <br><br> Hon. Mary M. Rowland |

## NOTICE OF SUBSTITUTION OF COUNSEL WITHIN SAME FIRM

Undersigned counsel submits the following notice of substitution of counsel for Plaintiffs Symbria, Inc., Symbria Rehab, Inc., Alliance Rehab of Connecticut, LLC, Alliance Rehab HVA, L.L.C., GreatBanc Trust Company, not in its individual or corporate capacity but solely in its capacity as Trustee of the Symbria, Inc. Employee Stock Ownership Trust, and Symbria, Inc. Employee Stock Ownership Trust pursuant to Northern District of Illinois Local Rule 83.17, which allows for substitutions of counsel without motion where counsels are of the same firm. Attorney Daniel F. Lanciloti of Freeborn & Peters LLP no longer represents Plaintiffs effective June 30, 2021, and now should hereby be withdrawn as counsel of record. Freeborn & Peters attorneys Matthew J. O'Hara, Gia F. Colunga, Matthew D. Anderson, and Jason P. Stearns, who have represented Plaintiffs throughout this litigation (*see* Dkt. 6, 7, 155, 168), and attorney Terrence J. Sheahan, who is replacing Mr. Lanciloti as counsel (Dkt. 310), will continue to represent Plaintiffs going forward.

- 2 -

| | |
|---|---|
| Date: July 15, 2021 | Respectfully submitted,<br><br>s/ Terrence J. Sheahan<br>Matthew J. O'Hara<br>Terrence J. Sheahan<br>Gia F. Colunga<br>Matthew D. Anderson<br>Freeborn & Peters LLP<br>311 South Wacker Drive, Suite 3000<br>Chicago, Illinois 60606<br>(312) 360-6000<br>mohara@freeborn.com<br>tsheahan@freeborn.com<br>gcolunga@freeborn.com<br>mdanderson@freeborn.com<br><br>Jason P. Stearns<br>Freeborn & Peters LLP<br>201 North Franklin Street, Suite 3550<br>Tampa, Florida 33602<br>(813) 488-2920<br>jstearns@freeborn.com<br><br>*Counsel for Plaintiffs Symbria, Inc.; Symbria Rehab, Inc.; Alliance Rehab of Connecticut, LLC; Alliance Rehab HVA, L.L.C.; GreatBanc Trust Company, in its capacity as Trustee of the Symbria, Inc. Employee Stock Ownership Trust; and the Symbria, Inc. Employee Stock Ownership Trust* |

**CERTIFICATE OF SERVICE**

I certify that on this 15th day of July, 2021, I electronically filed the attached **Notice Of Substitution Of Counsel Within Same Firm** with the Clerk of the Court using the CM/ECF system, and that service will be accomplished by the CM/ECF system to all counsel of record.

/s/ Terrence J. Sheahan
Freeborn & Peters LLP
311 S. Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 360.6728
tsheahan@freeborn.com